IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                ORDER

                Plaintiff,

                                                                                 08-cr-88-bbc

     v.

JOSE LUIS QUINTERO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                               ORDER

                Plaintiff,

                                                                                 08-cr-75-bbc

     v.

FIDEL HOLGUIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In separate orders, I granted the government's motions to amend the judgments in these cases to include orders of forfeiture. On reconsideration, I have some doubts whether it is within the court's authority to make such an amendment once the judgment has been

1

imposed and entered.  See, e.g., United States v. McHugh, 528 F.3d 538 (7th Cir. 2008).  Therefore, I will refrain from entering amended judgments until the parties have had an opportunity to be heard on this matter.  The government may have until December 9, 2008 to file briefs; defendants may have until December 16, 2008 in which to respond; and the government may have until December 23, 2008 in which to reply.

     Entered this 2d day of December, 2008.

                                        BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge