IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-CR-075-C |
| | ) |
| FIDEL HOLGUIN, | ) |
| | ) |
| Defendant. | ) |

---

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case and good cause appearing, the Court finds that:

1. On September 4, 2008, the defendant entered a plea of guilty to Count 6 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of all property set forth in the forfeiture allegation of the indictment.

2. On September 24, 2008, the Court entered a Preliminary Order of Forfeiture.

3. Publication was posted for at least 30 consecutive days beginning on September 29, 2008, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1. That all right, title, and interest is hereby conveyed to the United States of America in the following items: $10,695 U.S. currency; 1999 Black Ford Crown Victoria (VIN 2FAFP71W3XX173773); 1990 Tan Lincoln Towne Car (VIN ILNM83F3LY677934); 1976 Tan/Red Cutlass Supreme (VIN 3J57R6R103959); Charbroil Gas/LP Grill, Model #463631706 (New in box); 2-Unit Master Force (Menards) Rolling Tool Chest #1050800.0297 (New); Powermate Impact Wrench #P024-00995P; 3" Pneumatic Cut-off Tool; McCulloch Power Washer #FHH18A; Shopvac 10gal Wet/Dry 3hp Vacuum #86L300; Sanborn 30gal 155 psi Air Compressor #034-0164; Phillips 50" Flat Screen TV, SN: YAIA0730001143; SPL 6.5 2-Way Speaker Set, AS-6520 (New in box); Power Acoustik 7-band Passive Graphic Equalizer, PEQ-70 (New in box); (2) Pyle 6" Rear View Monitors with cameras, PLCM6000 (New in box); (2) Visonik Subwoofer Speaker Box, VBX12A (New in box); Brutus Hifonics 2000 Watt Amplifier, BX12006D (New in box); Ultimate Design LED Tail Light, 25-793SNLED-JDM (New in box); Profile 2-way Cone Speaker, PS-5720 (New in box); Pyle View 15" Flip Down LCD Monitor, PLVWR1542 (New in box); (2) Rockford Fosgate Subwoofers, P3D412 (New in box); Brutus 2000 Watt Amplifier, BXI2008D (New in box); JVC DVD/CD Receiver (car), KD-AVX44 (New in box); (2) Boss Full Range Speakers, RIP4604 (New in box); Brutus Amplifier, BXI1606D; (4) Legacy Amp Hookup Kits, (New in box); VR Power Capacitor, VRPC1000; Sledge Hammer MTX Subwoofer, Thinder 9500 (New in box); Bostitch Nailer, SB1850BN; Black

and Decker Cordless Screwdriver, 498788-13#03; Pioneer Primere Speaker, 1200 Watt, TS-W1207D2; and a Sony CD/DVD Player (TV), Model DVP-NS57P, S/N 5127498.

2. The United States Marshal is directed to dispose of the above property in accordance with federal law.

ORDERED this 27th day of December 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Judge